UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASS D. CHAPLIN,

                Plaintiff,

    -against-

U.S. EQUITIES CORP.,

                Defendant.

**ORDER**

22 Civ. 4116 (ER)

      Cass D. Chaplin filed the Complaint on May 19, 2022.  Doc. 1.  U.S. Equities Corp. requested a pre-motion conference for its anticipated motion to dismiss the Complaint on July 25, 2022.  Doc. 8.  The Court held the pre-motion conference on August 11, 2022.  For the reasons set forth on the record, the matter is stayed.  U.S. Equities Corp. is directed to advise the Court of the state court proceeding.

      SO ORDERED.

Dated:   August 11, 2022
             New York, New York

                                                        Edgardo Ramos, U.S.D.J.