UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASS CHAPLIN,

                Plaintiff,

v.

U.S. EQUITIES CORP.,

                Defendant.

**ORDER**

22-cv-4116 (ER)

RAMOS, D.J.

    A conference was scheduled for this matter on December 14, 2022. Chaplin, who is proceeding *pro se*, failed to appear at that time. On that date, Chaplin called the Court to advise that his mailing address had changed, and that he had not received a notice regarding the conference. The Court directed Chaplin to file a change of address form with the Clerk's Office. Chaplin did not do so. The Court scheduled another conference on March 26, 2024, and mailed notice of the conference to Chaplin's updated address. Chaplin again failed to appear. The Court now directs Chaplin to submit a status letter by May 17, 2024, as to how he intends to proceed. Failure to do so may result in a dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    The Clerk of Court is respectfully directed to mail a copy of this order to Cass D. Chaplin at 1236 Manor Ave, Bronx, NY 10472.

SO ORDERED.

Dated:   April 16, 2024
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.